UNITED STATES of America v. Dorothy LAWRENCE, Guardian of Arvel Lawrence, Incompetent.

No. 1851.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1939.

Whit Y. Mauzy, U. S. Atty., and Chester A. Brewer, Asst. U. S. Atty., both of Tulsa, Okl.

Heber Finch, of Sapulpa, Okl., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellee, v. LEO NEWMAN'S THEATRE TICKET OFFICE, Inc., Philip Guryan, and Samuel Bloom, Appellants.

No. 272.

Circuit Court of Appeals, Second Circuit.

Feb. 27, 1939.

Stanley Fowler, of Riverhead, L. I., N. Y. (Stanley Fowler, of Riverhead, L. I., N. Y., and Ralph O. L. Fay, of New York City, of counsel), for appellants.

Gregory F. Noonan, U. S. Atty., of New York City (Jesse Moss, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before AUGUSTUS N. HAND and CHASE, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America ex rel. George FORADIS, Appellant, v. Rudolph REIMER, Commissioner of Immigration at the Port of New York, Appellee.

No. 256.

Circuit Court of Appeals, Second Circuit.

Feb. 20, 1939.

John S. Wise, Jr., of New York City, for appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Samuel Brodsky, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Philippides v. Day, 283 U.S. 48, 51 S.Ct. 358, 75 L.Ed. 833.

UNITED STATES ex rel. Frank Joseph HAGAN, Appellant, v. John J. KELLY, United States Marshal for the Southern District of New York, and Hon. Garrett W. Cotter, United States Commissioner for the Southern District of New York, Appellee.

No. 177.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

Leon Kauffman, of New York City, for appellant.

Rudolph Halley, Asst. U. S. Atty., of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed on authority of U. S. ex rel. Angelica v. Hammond, 5 Cir., 99 F. 2d 557; Hartmann v. Sloan, 3 Cir., 99 F. 2d 942.